**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

PNC BANK NATIONAL ASSOCIATION,
successor to RBC Bank (USA)

     Plaintiff,

v.                             Case No:  2:12-cv-674-FtM-38UAM

BONITA NOON, LLP, DOUGLAS E.
WEIBEL, MARK ACKERMAN, DONALD
W. BALLO, DAVID E. MCKEE and
RENAY MONTAGUE,

     Defendants.

_____/

**ORDER**

This matter comes before the Court on Plaintiff, PNC Bank National Association's, Motion for Civil Contempt and to Compel Compliance with Court Order (Doc. #28) filed on April 3, 2013. The Court issued an Order to Show Cause on May 10, 2013. The Defendant, Bonita Noon, LLP filed a Response to the Order to Show Cause on May 17, 2013.   Plaintiff's filed a Notice of Defendant, Bonita Noon, LLP's Compliance with Order Granting Plaintiff's Verified Motion to Enforce Assignment of Rents (Doc. #31) on May 17, 2013.

On March 1, 2013 the Court entered an Order directing Defendant, Bonita Noon, LLP ("Bonita Noon") to immediately turn over to Plaintiff ("PNC") all rents in their possession or control as of September 19, 2012, less any expenses authorized by PNC in writing, and to turn over all rents thereafter collected by the tenth day of each month. The Order also directed Bonita Noon to provide PNC with all current rental agreements, monthly operating statements, general ledgers, check registers, and other documents

reasonably requested by PNC. On March 6, 2013, PNC made a written request to Bonita Noon seeking documents relating to the subject property and demanding that Bonita Noon immediately transfer all rents to a trust account for the benefit of PNC. On March 28, 2013, PNC sent a letter to Bonita Noon enumerating certain deficiencies in documents that were submitted by Bonita Noon on March 22, 2013. The Defendants state in their Response (Doc. #32) that on April 4, 2013, they resubmitted to PNC the documents previously submitted on March 22, 2013, with supplements and/or corrections. Pursuant to and in accordance with the Court Order, Bonita Noon also turned over all rents collected on April 10, 2013, and May 10, 2013, to PNC as directed.

The Defendant states that all rents received less costs and all documents ordered by the Court to be turned over to PNC have been produced. Because the Defendants have complied with the Court Order, sanctions will not be imposed at this time and the motion is due to be denied.

Accordingly, it is now

**ORDERED:**

Plaintiff, PNC Bank National Association's, Motion for Civil Contempt and to Compel Compliance with Court Order (Doc. #28) is **DENIED**.

**DONE** and **ORDERED** in Fort Myers, Florida this 5th day of June, 2013.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record

2